UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X
                                        :

ALTAUNE BROWN,                          :

                               :

                 Plaintiff,     :

                               :           20-CV-0923 (JMF)

       -v-                 :

                               :               ORDER

KIDS CITY GLOBAL LLC,        :

                               :

                 Defendant.   :

                               :

-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       Per the Court's previous orders scheduling default judgment briefing, Plaintiff's motion for default judgment was due on July 2, 2020.  *See* ECF Nos. 8, 10.  Plaintiff, however, filed only his proposed clerk's certificate of default, and the clerk's certificate was issued that day. ECF Nos. 11, 13.

       In light of that, the deadlines and conferences are adjusted as follows: any motion for default judgment shall be filed by **July 13, 2020**; any opposition shall be filed by **July 20, 2020**; and the July 14, 2020 conference is RESCHEDULED to **July 28, 2020, at 3:00 p.m**.  Plaintiff is cautioned that further extensions will not be granted.

       Plaintiff shall serve a copy of this Order on Defendant with his default judgment motion.

       SO ORDERED.

Dated: July 6, 2020
      New York, New York                    JESSE M. FURMAN
                                       United States District Judge