

**Erika H. Rosenblum, Esq.**
Email: ERosenblum@kdvlaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/20/2020

Kaufman Dolowich & Voluck, LLP
135 Crossways Park Drive, Suite 201
Woodbury, New York 11797
Telephone: 516.681.1100
Facsimile: 516.681.1101
www.kdvlaw.com

October 19, 2020

**VIA ECF**
District Judge John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street, Room 1320
New York, New York 10007

Re: **Altaune Brown v. Fordham Kids LLC et al.
Index No.: 20-cv-00923**

Dear Judge Cronan:

This office represents the Defendant, Fordham Kids LLC ("Defendant"), in the above-referenced matter.

We are pleased to report that the parties have reached an agreement in principle to resolve this matter for all parties to this action. As a result, the parties respectfully request that the initial pretrial conference scheduled for October 27, 2020 be adjourned and all deadlines held in abeyance *sine die* to enable the parties time to complete the necessary settlement paperwork and fully consummate the settlement, which the parties anticipate will take approximately 45 days.

We thank Your Honor for all courtesies extended. Please do not hesitate to contact me with any questions.

Respectfully submitted,
Kaufman Dolowich & Voluck, LLP

Erika Rosenblum

cc: All counsel of record (via ECF)

4821-1188-0655, v. 1

Defendant Fordham Kids LLC's request is GRANTED. The Initial Pretrial Conference scheduled for October 27, 2020 at 4:00 p.m. is adjourned. All prior deadlines are held in abeyance *sine die*.

By October 26, 2020, the parties shall file a letter updating the Court on the status of Plaintiff's action against Defendant East Fordham DE LLC. By November 19, 2020, the parties shall file a letter updating the Court on the status of settlement.

SO ORDERED.

Date: October 19, 2020
New York, New York

JOHN P. CRONAN
United States District Judge